IN THE UNITED STATES DISTRICT COURT
                        FOR THE DISTRICT OF COLORADO
                         HONORABLE MARCIA S. KRIEGER

Courtroom Deputy: LaDonne Bush                Date: June 11, 2012
Court Reporter: Paul Zuckerman
Probation Officer: Christine Zorn
Interpreter: Susana Cahill

Criminal Action No. 11-cr-00286-MSK-01

*Parties*:                                    *Counsel*:

UNITED STATES OF AMERICA,                     Shana Martin

          Plaintiff,

v.

SALVADOR FLORES-ORTIZ,                        Robert Pepin

          Defendant.

_____

                            SENTENCING MINUTES
_____

**1:40 p.m.**     **Court in session**.

Defendant present in custody.

**Change of Plea Hearing on January 24, 2012. Defendant pled guilty to Count 1 of the Indictment.**

Interpreter sworn.

**ORDER:**   Government's Motion to Grant the Defendant an Additional One-Level Decrease
             Pursuant to U.S.S.G § 3E1.1(b) (Doc. 39) is granted.

Parties received and reviewed the presentence report and all addenda.

The parties do not dispute the facts contained in the presentence report.

The parties do not dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the original presentence report.

**ORDER:**   The attachments to Response to Presentence Investigation Report (Doc. 31) are
             restricted as if they had been accompanying the presentence investigation report.

The parties do not request a departure.

Defendant requests a variant sentence.

Argument regarding Motion for Variant Sentence (Doc. 33).

Allocution. - Statement made by the defendant.

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record.  Counsel are offered the opportunity for further argument.

**ORDER:** Motion for Variant Sentence (Doc. 33) is granted to the degree set forth on the record.

**ORDER:** **THE DEFENDANT IS SENTENCED AS REFLECTED IN THE RECORD.**

**ORDER:** Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**2:27 p.m.** **Court in recess.**

Total Time: 00:47
Hearing concluded.